UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN, | CV F  05-1621 AWI DLB HC |
|            Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR JUDICIAL NOTICE |
|   v. | [Doc. 4] |
| JEANNE WOODFORD, Warden, | |
|            Respondent. / | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On December 21, 2005, Petitioner filed, along with the instant petition for writ of habeas corpus, a request for the Court to take judicial notice of facts and evidence pursuant to Rule 201 of the Federal Rules of Evidence.

      "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  "A court shall take judicial notice if requested by a party and supplied with the necessary information."  Fed. R. Evid. 201(d).  The court may take judicial notice of court records. *Valerio v. Boise Cascade Corp.*, 80 F.R.D. 626, 635 n.l (N.D. Cal. 1978), *aff'd*, 645 F.2d 699 (9th Cir.), *cert. denied*, 454 U.S. 1126 (1981).

      In his request for judicial notice, Petitioner requests that the Court take judicial notice of

1

1 various aspects of the United States Constitution, the fact that Petitioner is a disabled prisoner,
2 that a mail log exists demonstrating that certain mail was sent to the United States Court of
3 Appeals for the Ninth Circuit, and various actions of prison officials in handling and processing
4 his mail.

5      Petitioner's request must be denied. Initially, the Court does not take judicial notice of
6 facts in a vacuum, rather Petitioner must demonstrate how the request for judicial notice relates
7 to the claims raised in the instant petition.[1] Further, the facts that Petitioner requests for judicial
8 notice are not facts that are generally known within the territorial jurisdiction of the trial court or
9 capable of accurate and ready determination by resort to sources whose accuracy cannot
10 reasonably be questioned. Accordingly, Petitioner's request for judicial notice is DENIED.

11      IT IS SO ORDERED.

12      Dated:    **February 6, 2006**         **/s/ Dennis L. Beck**
3b142a                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that in an order issued simultaneously herewith, the Court has directed Petitioner to amend the petition as it is not clear what claim(s) Petitioner is attempting to raise.